**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Mary Ann Kennedy                                    Case No. 24-00723-KMS
          Jerry Wayne Kennedy, Debtors                        CHAPTER 13

### MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 03/27/2024.
2. Debtors are paying approximately 4% to General Unsecured Debts through the plan.
3. Debtors filed a Motion to surrender the 2002 Buick Rendezvous currently being paid through the Chapter 13 plan (Dk #38).
4. A Supplemental Schedule I and J (Dk #37) has been filed evidencing debtors' current income and expenses and demonstrating their ability to make the proposed direct payments for the vehicle loan.
5. Debtors wish to borrow up to $35,000.00 to purchase a vehicle with an interest rate not to exceed 25.00% and a monthly payment not to exceed $450.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Notice and Motion to Incur New Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.