**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Mary Ann Kennedy**                      **Case No. 24-00723-KMS**
          **Jerry Wayne Kennedy, Debtors**                 **CHAPTER 13**

## NOTICE

Debtors have filed papers with the court to incur new debt.
**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: April 3, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                   Thomas C. Rollins, Jr. (MSBN 103469)
                                   The Rollins Law Firm, PLLC
                                   P.O Box 13767
                                   Jackson, MS 39236
                                   601-500-5533
                                   trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Mary Ann Kennedy                                    Case No. 24-00723-KMS
          Jerry Wayne Kennedy, Debtors                        CHAPTER 13

## MOTION TO INCUR NEW DEBT

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 03/27/2024.
2. Debtors are paying approximately 4% to General Unsecured Debts through the plan.
3. Debtors filed a Motion to surrender the 2002 Buick Rendezvous currently being paid through the Chapter 13 plan (Dk #38).
4. A Supplemental Schedule I and J (Dk #37) has been filed evidencing debtors' current income and expenses and demonstrating their ability to make the proposed direct payments for the vehicle loan.
5. Debtors wish to borrow up to $35,000.00 to purchase a vehicle with an interest rate not to exceed 25.00% and a monthly payment not to exceed $450.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Notice and Motion to Incur New Debt was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARY ANN KENNEDY
JERRY WAYNE KENNEDY

CASE NO: 24-00723-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/6/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/6/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARY ANN KENNEDY
JERRY WAYNE KENNEDY

CASE NO: 24-00723-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 4/6/2026, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/6/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-00723-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
FRI APR 3 13-3-49 PST 2026

EXCLUDE

(U)ADVANCED RECOVERY SYSTEMS  INC

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

ASSOCIATED RADIOLOGISTS PA
CO DONALD H JONES  SR PA
PO BOX 1104
MCCOMB  MS 39649-1104

ACADEMY SPORTS
PO BOX 5253
CAROL STREAM  IL 60197-5253

ADVANCED RECOVERY SYSTEMS  INC
CO SIMPSON LAW FIRM PA
P O BOX 2058
MADISON MS 39130-2058

ALLY BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

ASSOCIATED RADIOLOGIST
PO BOX 764
BROOKHAVEN  MS 39602-0764

AVANT
640 LA SALLE ST
STE 535
CHICAGO  IL 60654-3731

BROOKHAVEN CREDIT
PO BOX 786
BROOKHAVEN  MS 39602-0786

BROOKHAVEN RADIOLOGY
PO BOX 3867
BROOKHAVEN  MS 39603-7867

BURROW PATHOLOGY LABS
PO BOX 3484
TOLEDO  OH 43607-0484

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

(P)CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT SUITE 200
KENNESAW GA 30144-5938

COPIAH CO MEDICAL CENT
ATT 20327K
PO BOX 1400
BELFAST  ME 04915

CREDIT COLLECTION
PO BOX 607
NORWOOD  MA 02062-0607

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

DAVID W EDWARDS
PO BOX 326
PARIS  TN 38242-0326

DIRECTV
2230 E IMPERIAL HWY
EL SEGUNDO  CA 90245-3502

DONALD JONES
212 3RD ST
MCCOMB  MS 39648-4102

(P)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

FERGUS FCU
1026 E BROAD ST
MONTICELLO  MS 39654-7702

(P)SEQUIUM ASSET SOLUTIONS  LLC
1130 NORTHCHASE PKWY
SUITE 150
MARIETTA GA 30067-6429

FRANKLIN COLLECTION
PO BOX 3910
TUPELO  MS 38803-3910

JACKSON NEUROSURGERY
PO BOX 24023
JACKSON  MS 39225-4023

JACKSONVILLE FIRE  RE
PO BOX 735870
DALLAS  TX 75373-5870

JEFFERSON CAPITAL
ATTN BANKRUPTCY
200 14TH AVE E
SARTELL  MN 56377-4500

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JOHN S SIMPSON  ESQ
SIMPSON LAW FIRM
FOR ADVANCED RECOVERY SYSTEMS  INC
P O BOX 2058
MADISON MS 39130-2058

KINGS DAUGHTERS MED CTR
CO MSCB INC
PO BOX 1567
PARIS  TN 38242-1567

KINGS DAUGHTERS MEDICAL CENTER
P O BOX 5004
BROOKHAVEN MS 39603-5004

LVNV FUNDING
120 CORPORATE BLVD
STE 100
NORFOLK  VA 23502-4952

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

LAKELAND RADIOLOGISTS
PO BOX 23073
JACKSON  MS 39225-3073

LITTLETON COIN CO
1309 MT EUSTIS RD
LITTLETON  NH 03561-3737

MISSISSIPPI SPORTS MEDICINE AND ORTHOPAE
CO WAKEFIELD  ASSOCIATES LLC
PO BOX 58
FORT MORGAN  CO 80701-0058

MS SPORTS MEDICINE
1325 E FORTIFICATION
JACKSON MS 39202-2499

MSCB
PO BOX 1576
PARIS  TN 38242

MAYO CLINIC
PO BOX 790339
SAINT LOUIS  MO 63179-0339

MEDICAL DATA SYSTEMS
ATTN BANKRUPTCY DEPT
2001 9TH AVE  STE 312
VERO BEACH  FL 32960-6413

MERCURYFBT
ATTN BANKRUPTCY
PO BOX 84064
COLUMBUS  GA 31908-4064

MIDLAND CREDIT MANAGEM
2365 NORTHSIDE DR
STE 300
SAN DIEGO  CA 92108-2710

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

NATIONWIDE RECOVERY SY
3000 KILLWAY DR 180
CARROLLTON  TX 75006-3304

OLLO CARD SERVICES
ATTN BANKRUPTCY
PO BOX 9222
OLD BETHPAGE  NY 11804-9222

(P)OPORTUN  INC
PO BOX 560880
THE COLONY TX 75056-0880

PMAB  LLC
4135 S STREAM BLVD
STE 400
CHARLOTTE  NC 28217-4636

PARAGON REVENUE GROUP
216 LE PHILLIP CR
CONCORD  NC 28025-2954

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MERCURY FINANCIALFIRST BANK  TRUST
PO BOX 788
KIRKLAND  WA  98083-0788

QUEST DIAGNOSTICS
PO BOX 740781
CINCINNATI  OH 45274-0781

RMP SERVICES
200 N NEW RD
WACO  TX 76710-6932

SCA COLLECTIONS
PO BOX 876
GREENVILLE  NC 27835-0876

SOUTHWEST MEDICAL CENT
215 MARION AVE
MCCOMB  MS 39648-2705

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060


EXCLUDE

TRUE ACCORD
16011 COLLEGE BLVD
LENEXA  KS 66219-9877

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON
PO BOX 11328
SAINT PETERSB  FL 33733-1328


EXCLUDE

WEBBANK
6250 RIDGEWOOD ROAD
SAINT CLOUD  MN 56303-0820

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

JERRY WAYNE KENNEDY
754 BALDWIN LOOP NW
BROOKHAVEN  MS 39601-9041


DEBTOR

EXCLUDE

MARY ANN KENNEDY
754 BALDWIN LOOP NW
BROOKHAVEN  MS 39601-9041

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

WARREN SMITH
SMITH MURPHY  DOBBS  LLC
2704 WEST OXFORD LOOP
SUITE 116
OXFORD  MS 38655-5728