_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        MARY ANN KENNDY and JERRY WAYNE KENNEDY,
              DEBTOR(S)

                                        CHAPTER 13 BANKRUPTCY
                                        CASE NO. 24-00723-KMS

DAVID RAWLINGS, TRUSTEE

### AGREED ORDER ON MOTION AND NOTICE
### TO MODIFY CHAPTER 13 PLAN (DOCKET #38)

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion and Notice

To Modify Chapter 13 Plan (Docket #38).

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay

$200.00 a month for remainder of plan with Funds Remaining to the timely filed and allowed

unsecured creditors.  The bankruptcy plan is amended to surrender the 2002 Buick Rendevous to

the creditor, Family Choice Financial, Inc.  Trustee shall cease ongoing payments to creditor for this vehicle.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
Attorney For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No.
99994
bwilson@rawlings13.net