United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 24-00723-KMS

Mary Ann Kennedy                                                                     Chapter 13

Jerry Wayne Kennedy

   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mary Ann Kennedy, Jerry Wayne Kennedy, 754 Baldwin Loop NW, Brookhaven, MS 39601-9041 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5350328 | Email/Text: rrush@familychoicefinancial.com | Apr 09 2026 19:32:00 | Family Choice Financial, Inc., 710 Brookway Blvd, Brookhaven, Ms 39601 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                           Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| John S. Simpson | on behalf of Creditor Advanced Recovery Systems  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mary Ann Kennedy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3                     User: mssbad                              Page 2 of 2
Date Rcvd: Apr 09, 2026                  Form ID: pdf012                           Total Noticed: 2

Thomas Carl Rollins, Jr
                    on behalf of Joint Debtor Jerry Wayne Kennedy trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 5

_____



**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:       MARY ANN KENNDY and JERRY WAYNE KENNEDY,
             DEBTOR(S)

                                        CHAPTER 13 BANKRUPTCY
                                        CASE NO. 24-00723-KMS

DAVID RAWLINGS, TRUSTEE

### AGREED ORDER ON MOTION AND NOTICE
### TO MODIFY CHAPTER 13 PLAN (DOCKET #38)

THIS DAY, THIS CAUSE came on to be considered on the Debtor's Motion and Notice

To Modify Chapter 13 Plan (Docket #38).

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay

$200.00 a month for remainder of plan with Funds Remaining to the timely filed and allowed

unsecured creditors.  The bankruptcy plan is amended to surrender the 2002 Buick Rendevous to

the creditor, Family Choice Financial, Inc.  Trustee shall cease ongoing payments to creditor for

this vehicle.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a

final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr.
 Attorney For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
 Miss. Bar No.
99994
bwilson@rawlings13.net