United States Bankruptcy Court
Southern District of Mississippi

In re:                                                        Case No. 24-00723-KMS

Mary Ann Kennedy                                             Chapter 13

Jerry Wayne Kennedy

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                              Page 1 of 2

Date Rcvd: May 01, 2026               Form ID: pdf012                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb              + Mary Ann Kennedy, Jerry Wayne Kennedy, 754 Baldwin Loop NW, Brookhaven, MS 39601-9041

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

**Name                   Email Address**

David Rawlings
                        ecfnotices@rawlings13.net  sduncan@rawlings13.net

John S. Simpson
                        on behalf of Creditor Advanced Recovery Systems  Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net

Thomas Carl Rollins, Jr
                        on behalf of Debtor Mary Ann Kennedy trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                        on behalf of Joint Debtor Jerry Wayne Kennedy trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

District/off: 0538-3

Date Rcvd: May 01, 2026

User: mssbad

Form ID: pdf012

Page 2 of 2

Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

District/off: 0538-3

Date Rcvd: May 01, 2026

User: mssbad

Form ID: pdf012

Page 2 of 2

Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Mary Ann Kennedy                                     Case No. **24-00723-KMS**
          Jerry Wayne Kennedy, Debtors                              CHAPTER 13

### ORDER AUTHORIZING DEBTORS TO INCUR DEBT

THIS CAUSE having come on this date on the Debtors' Motion to Incur Debt (DK

#39  ), the Court having reviewed and considered the facts herein, and there being no objection

from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Incur Debt is granted.

Debtors are authorized to borrow up to thirty-five thousand dollars ($35,000.00) to purchase a

vehicle with an interest rate no greater than 25.00% and a monthly payment not to exceed

$450.00.  Debtors shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR